UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI GIROTTO,

                            Plaintiff,

         -v-                              23-CV-8735 (JPO)

WINDSOR FASHIONS, LLC, *et al.*,              ORDER

                         Defendants.

---

J. PAUL OETKEN, District Judge:

      This action was filed on October 4, 2023. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

      Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by January 24, 2024, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

      SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                                     _____
                                                          J. PAUL OETKEN
                                                     United States District Judge